**Order entered May 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00429-CV

### IN THE INTEREST OF D.A.C., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-08946**

### ORDER

As ordered to do so, the parties have filed a joint report concerning the status of the parties' divorce decree, which they sought to amend in accordance with their settlement agreement. Per the report, the parties have filed a proposed amended decree with the trial court and, by separate motion, they request to have until June 6, 2022 to file a supplemental clerk's record containing the amended decree.

We **GRANT** the motion. We **ORDER** the trial court to conduct proceedings no later than June 3, 2022 so as to effectuate the parties' agreement. We further **ORDER** a status report or supplemental clerk's record containing a copy of the amended divorce decree be filed no later than June 6, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Clerk; Dallas County District Clerk Felicia Pitre; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated by June 13, 2022 and, should the decree of divorce have been amended, the appeal will be dismissed in due course as per the parties' March 10, 2022 "agreed voluntary dismissal and settlement."

/s/    KEN MOLBERG
       JUSTICE